## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.  11-** |
| | :` | |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| | : | **18 U.S.C. §§  371, 2(Conspiracy), Aiding and  Abetting); 22 D.C. Code §§ 3211,** |
| **LADONNA DAVIS** | : | **3212(a), 1805 (First Degree Theft** |
| | : | **Aiding and Abetting).** |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE - CONSPIRACY

## INTRODUCTION

At all times relevant herein:

1.      The Internal Revenue Service (IRS) is an agency of the United States of America, Department of the Treasury, and maintains its headquarters at 1111 Constitution Avenue, NW, Washington, D.C.  The IRS has responsibility for administering provisions of the Internal Revenue Code and for collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

2.      The District of Columbia Office of Tax and Revenue (DC OTR) is a department within the government of the District of Columbia, a municipal corporation, and maintains its headquarters at 941 North Capitol Street, NE, Washington, D.C.  DC OTR has the responsibility of collecting individual income taxes through several methods including obtaining funds that have been withheld from employees' wages by their employers.

3.      Absent the grant of an extension, individuals who earn income in excess of certain minimums are required to file a Form 1040 series U.S. federal income tax return no later than April 15th of the calendar year immediately following the tax year.

4.      Absent the grant of an extension, District of Columbia residents who earn income in excess of certain minimums are required to file a D-40, series Government of the district of Columbia Income Tax Return, no later that April 15th of the calendar year immediately following the tax year.

5.      A Form W-2, Wage and Tax Statement, is an IRS form prepared by an individual's employer, which details the employer's name, address and identification number, and the employee's name, address, and social security number.  The form also details, among other things, the employee's wages and federal and state income tax withheld by the employer.

6.      When filing by mail, taxpayers are required to attach copies of their relevant Forms W-2 to their federal, state, and District of Columbia income tax returns.  Taxpayers that file their tax returns electronically must provide their relevant Forms W-2 to their authorized e-file provider before the provider sends the electronic return to the federal, state, or District of Columbia taxing authority.

7.      Tax withholdings are an amount of money withheld from an employee's pay by the employer and forwarded to the IRS and to the District of Columbia or state taxing authority as an offset to the tax due by the taxpayer for the particular tax year.

8.      A Schedule A - Itemized Deductions, is a tax form used to report itemized deductions, including medical and dental expenses; real estate and state and local taxes paid; mortgage interest; gifts to charity; casualty and theft losses; and job expenses, including un-reimbursed employee expenses such as job travel, union dues, and job education; and tax return

2

preparation fees.   Total itemized deductions are deducted from Adjusted Gross Income to compute Taxable Income.   In general, the higher the itemized deductions claimed, the lower will be the resultant taxable income.

9.      A Schedule C - Profit or Loss From Business, is used to report income or loss from a business that  the taxpayer operated or from a profession the taxpayer practiced as a sole proprietor.   Expenses that can be reported on this Schedule include car and truck expenses, and travel, and meals and entertainment.

10.      The IRS permits individuals to file their federal income tax return electronically as an "e-file return."

11.      DC OTR permits individuals to file their D-40, Individual Income Tax Return, electronically as an "e-file return."

12.      The Refund Anticipation Loan (RAL) is a program offered by certain private tax return preparers working in conjunction with certain banks.   A RAL is money borrowed by an individual from a lender against the individual's anticipated income tax refund.   Tax return preparers assist individuals in applying for a RAL, for a fee, which is designed to offer individuals quicker access to funds than waiting for their refunds.

13.      Beginning in approximately 2003 and continuing until approximately 2011, 2FT Fast Facts Tax Service, hereinafter referred to as "2FT," was a tax return preparation business, offering tax preparation services to the general public, which was located at 784 Harvard Street, NW, Washington, D.C. Beginning in approximately 2007, 2FT relocated to 1841 Burke Street, SE, Washington, D.C. 20001, Washington, D.C.

14.     Since approximately 2003 and during all times relevant herein, 2FT was solely owned and operated by unindicted co-conspirator "S.D."   "S.D." received all the profits from 2FT.

15.     Beginning during 2006 and continuing through all times relevant herein until on or about April 15, 2011, defendant **LADONNA DAVIS**, worked for 2FT as a seasonal salaried employee, from approximately January to May, of each year, employed as a tax return preparer.

16.     Unindicted co-conspirator "S.D." is the maternal aunt of defendant **LADONNA DAVIS**.

17.     Unindicted co-conspirator "S.D." trained defendant **LADONNA DAVIS** about tax return preparation and how to conduct business at 2FT, which was to create fraudulent income tax returns, resulting in fraudulent income tax refunds for virtually all of 2FT's clients. LADONNA DAVIS only has a General Equivalency Diploma and has received no other training in tax preparation other than the training she received from "S.D."

18.     From approximately 2006 through approximately April 15, 2011,  the defendant, **LADONNA DAVIS,** unindicted co-conspirator, "S.D.," and other individuals whose identities are known and unknown filed approximately 3,044 fraudulent federal income tax returns for clients of 2FT with the Internal Revenue Service, producing fraudulent income tax refunds totaling approximately $13,953,317.; filed approximately 665 fraudulent District of Columbia income tax returns with the District of Columbia Office of Tax and Revenue, producing fraudulent income tax refunds totaling approximately $835,000.; and also filed fraudulent income tax returns with the State of Maryland and with the Commonwealth of Virginia, generating fraudulent income tax refunds in an amount currently unknown.

## THE CONSPIRACY

19.     From on or about April 15, 2006, and continuing thereafter until on or about April

15, 2011, within the District of Columbia and elsewhere, the defendant, **LADONNA DAVIS**

and unindicted co-conspirator, "S.D.," and other individuals whose identities are known and

unknown, did unlawfully, knowingly, and willfully, conspire and agree together and with each

other, and with persons both known and unknown:

A.      To commit an offense against the United States of America, United States

Department of Treasury, Internal Revenue Service, that is Aiding or Assisting in the Preparation

of a Fraudulent Return, in violation of Title 26, United States Code, Section 7206(2), and

B.      To defraud the United States of America, United States Department of the

Treasury, Internal Revenue Service, by impeding, impairing, obstructing and defeating the

lawful functions of the Internal Revenue Service, in the ascertainment, computation, assessment,

and collection of the revenue, to wit, income taxes, in the approximate amount of $13,953,317.;

through the filing of  3,044 fraudulent Federal income tax returns, Forms 1040, which included

fraudulent Schedules A and Schedules C, and which claimed deductions to which various 2FT

clients were not entitled and thereby generated fraudulent income tax returns and fraudulent

income tax refunds.

## THE GOAL OF THE CONSPIRACY

20.     It was the goal of the conspiracy that the defendant, **LADONNA DAVIS,**

unindicted co-conspirator "S.D.," and other individuals whose identities are known and

unknown, would enrich unindicted co-conspirator "S.D.," the owner of 2FT, by charging fees for

the preparation of income tax returns, by charging larger fees for larger refunds, by generating

repeat customers and word-of-mouth referrals, and by receiving RAL (Refund Anticipation

Loan) fees, by electronically filing fraudulent U.S. federal income tax returns, fraudulent District

of Columbia Forms D-40, Individual Income Tax Returns, fraudulent State of Maryland, and

Commonwealth of Virginia Individual Income Tax Returns, the Schedule As and Schedule Cs

attached and in support of which, listed fraudulent businesses purportedly owned and operated

by the taxpayers and fraudulent itemized deductions, and the Forms 1040 for which often also

listed fraudulently-claimed credits, all of which caused the clients' Taxable Income to be grossly

understated and resulted in fraudulent income tax refunds paid by the United States Government,

Internal Revenue Service and the District of Columbia, Office of Tax and Revenue.

### MANNER AND MEANS

21.     In order to further the objects and goals of the conspiracy, the defendant,

**LADONNA DAVIS**, unindicted co-conspirator "S.D.," and other individuals whose identities

are known and unknown, used the following manner and means, among others:

A.     Beginning in approximately 2003, unindicted co-conspirator "S.D." maintained a

business office for 2FT for the purpose of conducting a tax return preparation service, which was

open to the public, initially located at her residence located at 784 Harvard Street, NW,

Washington, D.C. and relocated in approximately 2007, to her residence at 1841 Burke Street,

SE, Washington, D.C. 20003.

B.     At all times relevant herein, the defendant, **LADONNA DAVIS**  unindicted co-

conspirator "S.D.," would ask each 2FT client to complete a questionnaire before preparing the

client's income tax return.

C.     At all times relevant herein, the defendant, **LADONNA DAVIS**, and unindicted

co-conspirator "S.D.," would require each 2FT client to provide identification, a social security

card, and receipts and invoices, if any.

6

D.      Unindicted co-conspirator "S.D." would instruct the defendant, **LADONNA DAVIS**, to prepare tax returns for 2FT clients so that the clients would get back all of their withholdings and further instructed her to use IRS tax form Schedule C - Profit and Loss From a Business and Schedule A – Itemized Deductions, to reduce the client taxable income.

E.      Unindicted co-conspirator "S.D." would instruct the defendant, **LADONNA DAVIS** to falsify, and she and defendant, **LADONNA DAVIS** did in fact falsify information contained on client Schedules C - Profit or Loss From Business, including business mileage, and also falsified itemized deductions contained on Schedules A - Itemized Deductions, including charitable deductions, medical expenses, uniforms, and un-reimbursed employee expenses in order to qualify clients for the Earned Income Credit and to reduce taxable income, and get back from the government all of the clients' withholdings.

F.      Unindicted co-conspirator "S.D." would instruct the defendant, **LADONNA DAVIS** to falsify, and she and defendant, **LADONNA DAVIS** did in fact falsify the purported principal business or profession listed on the Schedules C - Profit or Loss From Business, falsely indicating that 2FT clients were engaged in the business or profession of, among others, "maintenance," "babysitting," "hair braiding," "sales," "home improvement," "driver," "clothing store," "rental property," "landscaping," "laborer," "security," "IT networking," "management," and "data entry."

G.      When a 2FT client did not have any tax withholdings, unindicted co-conspirator "S.D." and the defendant, **LADONNA DAVIS,** per unindicted co-conspirator "S.D.'s" instruction, would ensure that the client would receive an income tax refund by falsifying entries on the tax return or by asking the client for the amounts of their itemized deductions without any substantiation.

H.     During 2006 through 2009, the defendant, **LADONNA DAVIS** and unindicted co-conspirator "S.D." would request supporting documents from 2FT clients in order to prepare their income tax returns.  However, if the client did not provide the requested information, the defendant, **LADONNA DAVIS,** per unindicted co-conspirator "S.D.'s" instruction, and unindicted co-conspirator "S.D.," used whatever figures the client provided without any substantiation or they would make up figures so the client would receive income tax refunds.

I.     Per unindicted co-conspirator "S.D.'s" instruction, defendant, **LADONNA DAVIS** and unindicted co-conspirator "S.D." provided 2FT clients with false documentation regarding the charitable contributions being claimed on their income tax returns for use in any future audit.

J.     From approximately 2006 through 2008, unindicted co-conspirator "S.D." transmitted all of the 2FT client income tax returns electronically and via the Internet for electronic filing.

K.     From approximately 2009 through 2011, the defendant, **LADONNA DAVIS** transmitted all of the 2FT client income tax returns electronically and via the Internet for electronic filing.

## **OVERT ACTS**

22.     Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, the defendant, **LADONNA DAVIS**, unindicted co-conspirator "S.D." and other individuals whose identities are known and unknown committed the following overt acts, among others:

A.     On or about and March 9, 2009 the defendant, **LADONNA DAVIS**, prepared a 2008 U.S. Individual Income Tax Return, Form 1040, for 2FT client "K.M.," which falsely

claimed on the Schedule A - Itemized Deductions, cash to charity in the amount of $8,000.00;

and falsely claimed on the Schedule C - Profit or Loss From Business, car and truck expenses in

the amount of $49,500.00, and "other expenses," in the amount of $12,400.00, reflecting an

income tax refund due in the amount of $9,087.00.

      B.      On or about March 9, 2009 the defendant, **LADONNA DAVIS**, caused the

electronic filing of the above-referenced  2008 U.S. Individual Income Tax Return, Form 1040,

for 2FT client "K.M.," via the Internet.

      C.      On or about March 9, 2009 the defendant, **LADONNA DAVIS** charged 2FT

client "K.M." a income tax preparation fee payable to 2FT.

**(Conspiracy, Aiding and Abetting, in violation of Title 18, United States Code, Sections 371 and 2).**

## COUNT TWO

      1.      The allegations contained in Paragraphs One through Eighteen of this

Information are hereby re-alleged and incorporated as if fully set forth herein.

2.      Between on or about April 15, 2006 and April 15, 2011, the defendant,

**LADONNA DAVIS**, having participated in the above-described conspiracy, did knowingly and

wrongfully obtain and use property of a value of $250. or more, belonging to the District of

Columbia government, a municipal corporation, Office of Tax and Revenue, consisting of

money, that is, Government of the District of Columbia tax refunds in the approximate amount

of $835,000. through the filing of 665 fraudulent District of Columbia income tax returns.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code Sections 3211, 3212(a), and 1805).**

>                               RONALD C. MACHEN JR.
>                               United States Attorney
>                               for the District of Columbia
>                               D.C. Bar # 447889
>
> By:     _____/s/_____
>                               SHERRI L. SCHORNSTEIN
>                               Assistant U.S. Attorney
>                               D.C. Bar# 415219
>                               555 4th Street, NW
>                               Washington, D.C. 20530
>                               (202) 514-6956

10